**Abatement Order filed May 10, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-12-00037-CV**
_____

**HELEN MAYFIELD, Appellant**

**V.**

**JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND GRAY COMMUNICATIONS, A CORPORATION, JOINTLY AND SEVERALLY, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26159**

---

## ABATEMENT ORDER

On January 10, 2012, appellant filed a notice of appeal from a summary judgment signed December 28, 2011. Appellant seeks to proceed without the advance payment of costs in her appeal. *See* Tex. R. App. P. 20.1. On April 21, 2012, appellant filed a notice of appeal from the order sustaining the contest to her affidavit of indigence signed on or about April 16, 2012, and an appeal is pending under our case number 14-12-00392-CV.

An appellant is entitled to challenge the denial of indigent status for her appeal, and the court of appeals may order the record necessary for a review of the trial court's ruling without the advance payment of costs. *See In re Arroyo,* 988 S.W.2d 737, 738-39 (Tex. 1998). Accordingly, this court has ordered preparation of a partial record necessary to review the trial court's order sustaining the contest(s) to appellant's affidavit.

We order this appeal **ABATED** pending the completion of our review in the related appeal filed under our number 14-12-00392-CV. The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the review of the trial court's ruling on indigency has been completed. The court will also consider an appropriate motion to reinstate the appeal filed by any party.


PER CURIAM

2